IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLANTIC NEUROSURGICAL SPECIALISTS, PA, on behalf of PATIENT CB,<br><br>  Plaintiff,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY, and MERCK MEDICAL, DENTAL, LIFE INSURANCE AND LONG TERM DISABILITY PLAN,<br><br>  Defendants. | Civil Action No.:<br><br>2:20-cv-03699-CCC-MF<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-captioned action that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own attorneys' fees and costs.

**CONNELL FOLEY LLP**

*s/ Patricia A. Lee*

Patricia A. Lee, Esq.
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
plee@connellfoley.com

*Attorneys for Defendants, Aetna Life Insurance Company and Merck Medical, Dental, Life Insurance and Long Term Disability Plan*

Dated: February 24, 2021

**AXELROD LLP**

*s/ Michael F. Fried*

s/Michael F. Fried
AXELROD LLP
354 North Fourth Avenue
Highland Park, NJ 08904
(732) 718-6171
mfried@axelrodllp.com

Robert J. Axelrod
AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY 10022
(646) 448-5263
rjaxelrod@axelrodllp.com

5818654-1

        Leslie S. Howard
        COHEN HOWARD LLP
        766 Shrewsbury Avenue, Suite 200
        Tinton Falls, NJ 07724
        (732) 747-5202
        lhoward@cohenhoward.com

*Attorneys for Plaintiff Atlantic Neurosurgical Specialists, PA, on behalf of Patient CB*

Dated: February 24, 2021

5818654-1