IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLANTIC NEUROSURGICAL SPECIALISTS, PA, on behalf of PATIENT CB,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY, and MERCK MEDICAL, DENTAL, LIFE INSURANCE AND LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Civil Action No.:<br>2:20-cv-03699-CCC-MF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-captioned action that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own attorneys' fees and costs.

| | |
|---|---|
| **CONNELL FOLEY LLP** | **AXELROD LLP** |
| *s/ Patricia A. Lee* | *s/ Michael F. Fried* |
| Patricia A. Lee, Esq.<br>CONNELL FOLEY LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068<br>(973) 535-0500<br>plee@connellfoley.com | s/Michael F. Fried<br>AXELROD LLP<br>354 North Fourth Avenue<br>Highland Park, NJ 08904<br>(732) 718-6171<br>mfried@axelrodllp.com |
| *Attorneys for Defendants, Aetna Life Insurance Company and Merck Medical, Dental, Life Insurance and Long Term Disability Plan*<br><br>Dated: February 24, 2021 | Robert J. Axelrod<br>AXELROD LLP<br>800 Third Avenue, Suite 2800<br>New York, NY 10022<br>(646) 448-5263<br>rjaxelrod@axelrodllp.com |

Leslie S. Howard
COHEN HOWARD LLP
766 Shrewsbury Avenue, Suite 200
Tinton Falls, NJ 07724
(732) 747-5202
lhoward@cohenhoward.com

*Attorneys for Plaintiff Atlantic
Neurosurgical Specialists, PA,
on behalf of Patient CB*

Dated: February 24, 2021

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  2/26/2021

5818654-1